**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RAYMEY VOSS
#213751**                                                                                                          **PLAINTIFF**

v.                                    Case No. 4:20-cv-00460-LPR

**GEBHARDT,** *et. al.*                                                                                             **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere.  No objections have been filed, and the time to do so has now passed.  After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Voss's claims are DISMISSED without prejudice for failure to state a constitutional claim for relief.  This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE